888183.1

# Trial Exhibits of Defendant Aleesha Bailey

Case Caption: Fife v. Bailey

Case/Docket Number: 3:14-CV-01716-EMK

Middle District of Pennsylvania

Judge Mannion

| PTF | DFT | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
|  | 1 | The parties' pleadings |  |  |  |  |
|  | 2 | Plaintiff's Answers to Interrogatories |  |  |  |  |
|  | 3 | Documents produced with Plaintiff's Rule 26 Disclosure Document (portions not identified elsewhere on present list) |  |  |  |  |
|  | 4 | Documents produced with Defendant's Rule 26 Disclosure Document I (portions not identified elsewhere on present list) |  |  |  |  |
|  | 5 | Moosic Borough Police Report |  |  |  |  |
|  | 6 | Defendant's Answers to Interrogatories |  |  |  |  |
|  | 7 | Transcript of Ms. Fife's Deposition |  |  |  |  |
|  | 8 | Transcript of Ms. Bailey's Deposition |  |  |  |  |
|  | 9 | Transcript of Mr. Warren's deposition |  |  |  |  |
|  | 10 | Transcript of Officer Jenkins' deposition |  |  |  |  |
|  | 11 | Transcript of Officer McGovern's deposition |  |  |  |  |
|  | 12 | Transcript of Ms. Pescatore's deposition |  |  |  |  |
|  | 13 | Transcript of Mr. Tolonello's deposition |  |  |  |  |
|  | 14(a) | Geisinger Wyoming Valley Medical Center |  |  |  |  |
|  | 14(b) | Geisinger Dallas / Dr. Kovalick |  |  |  |  |

- 1 -

EXHIBIT

888183.1

| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | 14(c) | Geisinger Health Plan | | | | |
| | 14(d) | Lackawanna EMS | | | | |
| | 14(e) | Chiropractic & Rehab Assoc. of Dallas (Dr. Morris) | | | | |
| | 14(f) | Valley Open MRI | | | | |
| | 14(g) | Intermountain Medical Group / Dr. Nothstein | | | | |
| | 14(h) | Dr. Joseph Paz | | | | |
| | 14(i) | NE Rehab | | | | |
| | 14(j) | Marworth Treatment Center | | | | |
| | 14(k) | Pride Mobility (Employer) | | | | |
| | 15 | 8/3/13 Criminal Complaint (Commonwealth of PA v. Danette Fife) | | | | |
| | 16 | InSight Investigation Report | | | | |
| | 17 | Report(s) of Robert Cipko, PhD | | | | |
| | 18 | CV of Robert Cipko, PhD | | | | |
| | 19 | Report(s) of Jeffrey McConnell, MD | | | | |
| | 20 | CV of Jeffrey McConnell, MD | | | | |
| | 21 | Trial Deposition Transcript of Jeffrey McConnell, MD | | | | |
| | 22 | Videotape/DVD of Trial Deposition of Jeffrey McConnell, MD | | | | |