# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANETTE K. FIFE, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:14-1716 |
| v. | : | (JUDGE MANNION) |
| ALEESHA BAILEY, | : | |
| Defendant. | : | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's motion *in limine* to exclude the plaintiff's prior alcohol and drug history, **(Doc. 30)**, is **DENIED**.

In the event the defendant introduces evidence of the plaintiff's prior alcohol and drug history at trial, the court will provide the jury with a limiting instruction that the evidence may only be used for the purpose of damages, specifically for its relevance to the plaintiff's earnings capacity and life expectancy.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 11, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1716-01-order.wpd