# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANETTE K. FIFE,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO. 3:14-1716** |
| v. | : | (JUDGE MANNION) |
| **ALEESHA BAILEY,** | : | |
| **Defendant.** | : | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's motion for delay damages pursuant to Pa. R. Civ. P. 238, **(**Doc. 50**)**, is **GRANTED** in part, and **DENIED** in part. The plaintiff will be awarded delay damages in the amount of $1,892.69. The defendant shall forward the delay damages to the plaintiff's counsel within fourteen (14) days of this order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 9, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1716-02-order.wpd